# Third District Court of Appeal
## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1233
Lower Tribunal No. F08-35663
_____

**Taytreon Edwards,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Taytreon Edwards, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before HENDON, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.